# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

139745

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRUCE ALLEN WILLIAMS,
      Defendant-Appellant.

SC: 139745
COA: 293499
Wayne CC: 87-006747

_____/

On order of the Court, the application for leave to appeal the August 28, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).

HATHAWAY, J., not participating. Justice Hathaway recuses herself and will not participate in this case as she was the presiding trial court judge. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

p0322